IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| U.S.A <br> Nikie King, et al <br><br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> and ~~against~~ <br><br> Vanderbilt security Company of Property (admiral security) <br><br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | **Complaint for a Civil Case** <br><br> Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: ☒ Yes ☐ No <br> *(check one)* |

FILED BY MU D.C.

FEB 10 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Nikie King
   Street Address: 1600 N. Seacrest Blvd
   City and County: Boynton Beach, Palm Beach
   State and Zip Code: FL 33435
   Telephone Number: 561.581.4137
   E-mail Address: nikie35@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Sla Vanderbilt Security Company
   Job or Title (if known):
   Street Address: 515 N. Flagler Dr.
   City and County: West Palm Beach, Palm Beach
   State and Zip Code: FL, 33401
   Telephone Number: 561-515-7352
   E-mail Address (if known):

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

2

        State and Zip Code    _____
        Telephone Number    _____
        E-mail Address
        (if known)    _____

Defendant No. 3

    Name    _____
    Job or Title
    (if known)    _____
    Street Address    _____
    City and County    _____
    State and Zip Code    _____
    Telephone Number    _____
    E-mail Address
    (if known)    _____

Defendant No. 4

    Name    _____
    Job or Title
    (if known)    _____
    Street Address    _____
    City and County    _____
    State and Zip Code    _____
    Telephone Number    _____
    E-mail Address
    (if known)    _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Plea of Release of video Production, Domestic legislation, of Concern, Rules of evidence (motion to Supreme Court of State of Florida

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Nikie King, is a citizen of the State of *(name)* Florida.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* Nikie King, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Mass, Ipswich.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

    b.   If the defendant is a corporation

The defendant, (name) _Security Company, et al_ is incorporated under the laws of the State of (name) _Florida_, and has its principal place of business in the State of (name) _Florida_. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

_What's of equal to of Justice of the Courts of Plea of release of video production, of attack_

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_of Record Notary Public being physically attacked by a suspect following, a victim release form by a West Palm Beach Police Department officer._

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Protection of Individuals, Protection of a single mother, order of the court + a Notice of and Presence at public proceeding according to public law of prompt Return of Property

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/10, 2020.

Signature of Plaintiff
Printed Name of Plaintiff   Nikie King

B. **For Attorneys**

Date of signing: 02-10, 2020

6

| | |
|---|---|
| Signature of Attorney | *State of Florida* |
| Printed Name of Attorney | *Nikie King* |
| Bar Number | *Notary ID: 151686 CommID GG1462* |
| Name of Law Firm | *State of Florida* |
| Address | *1860 N. Seacrest Blvd* |
| Telephone Number | |
| E-mail Address | |